IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JESSE LEE SACKETT,<br><br>Plaintiff,<br><br>vs.<br><br>T.J. McDERMOTT; PLANNED PARENTHOOD; MONTANA DEPARTMENT OF CORRECTIONS; RICK DAY; and MISSOULA COUNTY DETENTION FACILITY,<br><br>Defendants. | Cause No. CV 18-202-M-DLC-JCL<br><br>COLLECTION ORDER |

To: Financial Administrator, Montana State Prison
     400 Conley Lake Road
     Deer Lodge, MT 59722

Plaintiff Jesse Lee Sackett, a prisoner proceeding in forma pauperis, must pay the statutory filing fee of $350.00 for this action.

Accordingly, IT IS HEREBY ORDERED:

1. The Administrator of the Montana State Prison shall collect the $350.00 filing fee from Sackett's inmate account and shall forward payments to the Clerk of Court. The amount collected shall be 20% of the preceding month's income credited to Sackett's account, provided the preceding month's income exceeds $10.00. These monthly filing-fee payments shall be collected simultaneously with

1

payments required in other cases filed by Sackett. *See Bruce v. Samuels*, __ U.S. __, 136 S. Ct. 627, 629 (2016). Payments shall be clearly identified by the name and number assigned to this action.

2. Payments shall be sent to the Clerk of U.S. District Court, 201 E. Broadway, P.O. Box 8537, Missoula, MT 59807.

3. The clerk is directed to serve a copy of this Order on the Financial Administrator of the Montana State Prison at the above address.

4. The Court requests the Administrator to notify any future custodian of Sackett of this Order. Sackett's obligation to pay will continue until the filing fee is paid in full.

DATED this 3rd day of January, 2019.

Jeremiah C. Lynch
United States Magistrate Judge

cc: Sackett # 24114